**Juan SANCHEZ–SANCHEZ, Petitioner,**

v.

**Michael B. MUKASEY, Attorney General, Respondent.**

**No. 05–75827.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 4, 2008.*

Filed Dec. 8, 2008.

of California, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

———

Teresa Anne Statler, Immigration Law Office of Teresa A. Statler, Portland, OR, for Petitioner.

District Counsel, Office of the District Counsel, Department of Homeland Security, Seattle, WA, Lindsay Brooke Glauner, Esq., Marion E. Guyton, DOJ, U.S. Department of Justice, Washington, DC, Ronald E. LeFevre, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Before: TALLMAN, CLIFTON, and N.R. SMITH, Circuit Judges.

## MEMORANDUM **

Petitioner Juan Sanchez–Sanchez appeals the BIA's decision finding him "ineligible for a waiver of inadmissibility pursuant to section 212(c) of the Act." Petitioner's motion to hold oral argument in abeyance pending the decision of the en banc panel of this court in *Abebe v. Mukasey,* No. 05–76201, was granted. That decision has been filed, 548 F.3d 787, 2008 WL 4937003 (9th Cir. Nov.20,

** This disposition is not appropriate for publication and is not precedent except as provid-

2008) (en banc), and we now deny Sanchez–Sanchez's petition.

*Abebe* forecloses Petitioner's claim that § 212(c) relief is available to him. *Id.* at *2. It also forecloses his argument based on the Equal Protection clause. *Id.* Furthermore, because § 212(c) relief is unavailable to Petitioner, he cannot show prejudice for any of the alleged due process violations that he argues occurred at his hearing. *United States v. Calles–Pineda,* 627 F.2d 976, 977 (9th Cir.1980).

**PETITION FOR REVIEW DENIED.**